David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHAD CARTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**RENT-A-CENTER, INC.,**<br><br>　　　　Defendants. | **Case No.:** 2:15-cv-00178-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; MOTION TO STRIKE CLASS ALLEGATIONS; AND MOTION TO COMPEL ARBITRATION**<br><br>**[FIRST REQUEST]** |

Plaintiff, CHAD CARTER ("Plaintiff"), and Defendant, RENT-A-CENTER, INC. ("Defendant"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss. The current deadline is set for May 18, 2015.

1. Plaintiff's Complaint was filed on January 30, 2015.
2. Defendant concurrently filed three motions (Motion to Dismiss [Dkt. No. 7], Motion to Compel Arbitration [Dkt. No. 9], Motion to Strike Class Allegations [Dkt. No. 8]) on May 1, 2015.
3. Each Motion is substantially similar to the next.
4. The parties have agreed to an extension of time of 14 days, up to and including June 1, 2015 for Plaintiff to respond to Defendant's Motions To Dismiss, Compel Arbitration, and Strike Class Allegations.
5. This request is not made for purposes of delay, but rather to allow Plaintiff the opportunity to fully brief each challenge.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including June 1, 2015, for Plaintiff to respond to Defendant's Motion to Dismiss; Motion to Strike Class Allegations; and Motion to Compel Arbitration.

DATED: May 18, 2015

| LITTLER MENDELSON | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Roger L. Grandgenett, II__ | /s/ DANNY J. HOREN_____ |
| Roger L. Grandgenett, II, Esq. | DANNY J. HOREN, ESQ |
| 3960 Howard Hughes Pkwy, Suite 100 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89169 | Las Vegas, NV 89117 |
| rgrandgenett@littler.com | danny@kazlg.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

Plaintiff shall have 14 days, up to and including June 1, 2015, to respond to Defendant's Motion to Dismiss; Motion to Strike Class Allegations; and Motion to Compel Arbitration.

Dated this 18th day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 15, 2015                     **KAZEROUNI LAW GROUP**
                                        By: */s/ Danny Horen*
                                              DANNY HOREN, ESQ.
                                              ATTORNEY FOR PLAINTIFF